ANN DODSON et al., Appellants, v. PRESBYTERIAN HOSPITAL IN THE CITY OF NEW YORK, Respondent.—

No opinion. Beldock, P. J., Ughetta, Christ, Hill and Hopkins, JJ., concur.

NORA EBERHARDT et al., Plaintiffs, v. MARTIN L. GWOSDOW, Doing Business as VENTO PHARMACY, Defendant and Third-Party Plaintiff-Respondent. HUGO FRIEDENTHALL, Third-Party Defendant-Appellant.—

No opinion. Beldock, P. J., Ughetta, Christ, Hill and Hopkins, JJ., concur.

JEANNE GERSHEL, Appellant, v. EMILY E. BEDELL, Respondent.—

No opinion. Beldock, P. J., Kleinfeld, Brennan, Hill and Rabin, JJ., concur.